# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00208-CV

**In re Texas Department of Public Safety; Steve McGraw, in his official capacity as Director of the Texas Department of Public Safety; Allan B. Polunsky, in his official capacity as Chairman of the Public Safety Commission; the Public Safety Commission; and Carin Marcy Barth, Ada Brown, John Steen, and A. Cynthia Leon, in their official capacities as members of the Public Safety Commission**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators' motion for temporary emergency relief and petition for writ of mandamus are denied.  *See* Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Filed:   April 21, 2011